IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MOHAMMAD AHMAD,
      Plaintiff,

          v.                              Civil No. 3:20cv38 (DJN)

UNKNOWN,
      Defendant.

**MEMORANDUM OPINION**

This matter comes before the Court on its own initiative.  By Memorandum Order entered on January 27, 2020, the Court mailed Plaintiff a form for filing a 42 U.S.C. § 1983 complaint.  (ECF No. 2.)  The Court explained that if Plaintiff wished to file a complaint at that time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof.  On February 6, 2020, the Court received a request for an extension of time of thirty days to file the § 1983 complaint form.  (ECF No. 3.)  By Memorandum Order entered on February 24, 2020, the Court granted Plaintiff's request and provided Plaintiff with an additional thirty (30) days from the date of entry thereof to file the § 1983 complaint form.  (ECF No. 4.)  The Court explained that if Plaintiff failed to file the § 1983 complaint form within that time, the Court would dismiss this action without prejudice.  The Court further explained that Plaintiff could file the § 1983 complaint form at any time and the Court would simply open it as a new civil action.

More than thirty days have elapsed since the entry of the February 24, 2020

Memorandum Order and Plaintiff has not completed and returned the § 1983 complaint form.[1]

Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

The Clerk is directed to file this Memorandum Opinion electronically and send a copy to

Plaintiff.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: April 29, 2020

---

[1]     The Court's General Orders 2020-03 and 2020-07 further extended Plaintiff's deadline to April 22, 2020, but that extended time has now expired.